# VERIFIED RETURN OF SERVICE

Job # J266297

### Client Info:

Rivkin Radler
1301 Riverplace Boulevard 10th Floor
Jacksonville, FL  32207

### Case Info:

**PLAINTIFF:**                                                                        USDC FOR THE SOUTHERN DISTRICT OF FLORIDA
GOVERNMENT EMPLOYEES INSURANCE CO.; ET AL.
    -versus-                                                                          Court Case # **1:26-cv-22738**
**DEFENDANT:**
DG ESTHETIC AND THERAPY CENTER, INC. d/b/a DG MEDICAL
CENTER; ET AL.

### Service Info:

**Received by Elvis Durity: on April, 23rd 2026** at **10:54 AM**
**Service:** I Served **MAILIN RIVERO ORTEGA, M.D.**
With: **SUMMONS; COMPLAINT/EXHIBIT PACKAGE**
by leaving with **Iliadys Mayor, CO-RESIDENT**

**At Residence 6048 TOWNCENTER CIR NAPLES, FL 34119**
On **4/24/2026** at **08:22 PM**
**Manner of Service: SUBSTITUTE SERVICE:**
FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING
EXPLAINED TO THE PERSON WHO ACCEPTED SAID PROCESS.

### Served Description: (Approx)

Age: **55**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **200**, Hair: **Blond** Glasses: **No**

### Military Status:

**Military Status = Subject  refused  to answer.**

### Marital Status:

Inquired if subject was married and they refused to answer.

I **Elvis Durity** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____

**Elvis Durity**
Lic # **207629**

**Accurate Serve Jacksonville**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207

Client # J266297
Ref # FM46790




1 of 1

DATE: 4/24/2026 TIME: 08:22 PM
MILITARY: Refused
MARITAL STATUS: Refused

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> *Plaintiff(s)* <br><br> v. <br><br> DG ESTHETIC AND THERAPY CENTER, INC, d/b/a DG MEDICAL CENTER, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Mailin Rivero Ortega, M.D.
6048 Towncenter Circle
Naples, Florida 34119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Max Gershenoff, Esq.
RIVKIN RADLER LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*