# AFFIDAVIT OF SERVICE

Job # J266298

### Client Info:

Rivkin Radler
1301 Riverplace Boulevard 10th Floor
Jacksonville, FL  32207

### Case Info:

| | |
|---|---|
| **PLAINTIFF:** GOVERNMENT EMPLOYEES INSURANCE CO.; ET AL. | USDC FOR THE SOUTHERN DISTRICT OF FLORIDA |
| -versus- | Court Case # **1:26-cv-22738** |
| **DEFENDANT:** DG ESTHETIC AND THERAPY CENTER, INC. d/b/a DG MEDICAL CENTER; ET AL. | |

### Service Info:

**Received by Kathryn Manwaring: on April, 22nd 2026** at **05:47 PM**
**Service:** I Served **CARLOS FERNANDEZ MESA**
With: **SUMMONS; COMPLAINT/EXHIBIT PACKAGE**
by leaving with **CARLOS FERNANDEZ MESA, PERSONALLY**

**At Residence 11911 NORTHWEST FWY, APT 404 HOUSTON, TX 77092**
Latitude: **29.829978**,   Longitude: **-95.481155**

On **4/27/2026** at **08:28 PM**
**Manner of Service: PERSONAL**
Individual Service was performed by delivering to the within named person a true copy of this process, with the date and hour of service endorsed by me. At the same time, I delivered the within named person a copy of the complaint, petition, or other initial pleading or paper.

### Served Description:  (Approx)

Age: **40**, Sex: **Male**, Race: **Hispanic**, Height: **5' 7"**, Weight: **240**, Hair: **Bald** Glasses:  **No**

I **Kathryn Manwaring** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Kathryn Manwaring**
PSC # **PSC 24728**

**Accurate Serve of Jacksonville**
4446 Hendrick's Avenue #207
Jacksonville, FL 32207

Client # J266298
Ref # H22663




1 of 1

INFILED: XMLR 05/04/2026
DATE: 4/27/2026 TIME: 08:28 PM

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| DG ESTHETIC AND THERAPY CENTER, INC, d/b/a DG MEDICAL CENTER, et al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Carlos Fernandez Mesa
11911 Northwest Fwy, Apt 404
Houston, Texas 77092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Max Gershenoff, Esq.
RIVKIN RADLER LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*