# VERIFIED RETURN OF SERVICE

Job # J266305

### Client Info:

Rivkin Radler
1301 Riverplace Boulevard 10th Floor
Jacksonville, FL  32207

### Case Info:

| | |
|---|---|
| **PLAINTIFF:**<br>GOVERNMENT EMPLOYEES INSURANCE CO.; ET AL.<br>  -versus-<br>**DEFENDANT:**<br>DG ESTHETIC AND THERAPY CENTER, INC. d/b/a DG MEDICAL<br>CENTER; ET AL. | USDC FOR THE SOUTHERN DISTRICT OF FLORIDA<br><br>Court Case # **1:26-cv-22738** |

### Service Info:

**Received by Juan Jesus Lopez: on April, 23rd 2026** at **12:13 PM**
**Service:** I Served **DANIA LIMA**
With: **SUMMONS; COMPLAINT/EXHIBIT PACKAGE**
by leaving with **DANIA LIMA, INDIVIDUALLY**

**At Residence 20500 SW 132ND AVE MIAMI, FL 33177**
On **4/29/2026** at **02:31 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

### Served Description:  (Approx)

Age: **25**, Sex: **Female**, Race: **Hispanic**, Height: **5' 5"**, Weight: **150**, Hair: **Black** Glasses:  **No**

### Military Status:

**Military Status = No**

### Marital Status:

Inquired if subject was married and was informed subject was <u>not</u> married.

I **Juan Jesus Lopez** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Juan Jesus Lopez**
Lic # **CPS1370**

**Accurate Serve of Jacksonville**
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

Client # J266305
Ref # MIA31309

 

1 of 1

DATE: 4/29/2026 TIME: 02:31 PM
MILITARY: No
MARITAL STATUS: No

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> *Plaintiff(s)* <br><br> v. <br><br> DG ESTHETIC AND THERAPY CENTER, INC, d/b/a DG MEDICAL CENTER, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dania Lima
20500 SW 132nd Avenue
Miami, Florida 33177

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Max Gershenoff, Esq.
RIVKIN RADLER LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*