# VERIFIED RETURN OF SERVICE

Job # J266299

### Client Info:

Rivkin Radler
1301 Riverplace Boulevard 10th Floor
Jacksonville, FL  32207

### Case Info:

| | |
|---|---|
| **PLAINTIFF:**<br>GOVERNMENT EMPLOYEES INSURANCE CO.; ET AL.<br>-versus-<br>**DEFENDANT:**<br>DG ESTHETIC AND THERAPY CENTER, INC. d/b/a DG MEDICAL<br>CENTER; ET AL. | USDC FOR THE SOUTHERN DISTRICT OF FLORIDA<br><br>Court Case # **1:26-cv-22738** |

### Service Info:

**Received by Juan Jesus Lopez: on April, 23rd 2026** at **11:56 AM**
**Service:** I Served **PREFERRED REHAB OF MIAMI, INC., REGISTERED AGENT: CARLOS FERNANDEZ MESA**
With: **SUMMONS; COMPLAINT/EXHIBIT PACKAGE**
by leaving with **Leonel Alonso, AUTHORIZED TO ACCEPT**

**At Business 85 GRAND CANAL DR, STE 402 MIAMI, FL 33144**
On **4/30/2026** at **10:07 AM**
**Manner of Service: CORPORATE 10-12 NOT R/A**
SERVICE WAS ATTEMPTED UPON CORPORATE REGISTERED AGENT BETWEEN 10 AM AND 12PM OR 2PM AND 4 PM AT THE
REGISTERED AGENT'S ADDRESS. REGISTERED AGENT WAS NOT AVAILABLE; ALL CORPORATE OFFICERS WERE ATTEMPTED AT
THE CORPORATE ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED
EMPLOYEE WAS SERVED PURSUANT TO F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3).

### Served Description:  (Approx)

Age: **50**, Sex: **Male**, Race: **Hispanic**, Height: **5' 5"**, Weight: **170**, Hair: **Gray** Glasses:  **Yes**

### Military Status:

**Military Status = No**

### Marital Status:

Inquired if subject was married and was informed subject was <u>not</u> married.

### Service Comments:

I attempted to serve the registered agent who was unavailable and instead served this person who confirmed they are an authorized
agent to accept service.

I **Juan Jesus Lopez** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction
wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the
foregoing document and that the facts stated in it are true.

 

Job # J266299



**Juan Jesus Lopez**
Lic # **CPS1370**

**Accurate Serve of Jacksonville**
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

Client # J266299
Ref # MIA31303

 

DATE: 4/30/2026 TIME: 10:07 AM
MILITARY: No
MARITAL STATUS: No

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>DG ESTHETIC AND THERAPY CENTER, INC, d/b/a DG MEDICAL CENTER, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Preferred Rehab of Miami Inc.
Registered Agent: Carlos Fernandez Mesa
85 Grand Canal Drive, Suite 402
Miami, Florida 33144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max Gershenoff, Esq.
RIVKIN RADLER LLP
1301 Riverplace Blvd., 10th Floor
Jacksonville, Florida 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*