**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-22738-JB**

GOVERNMENT EMPLOYEES INSURANCE
CO.; GEICO INDEMNITY CO.; GEICO
GENERAL INSURANCE COMPANY; and
GEICO CASUALTY CO.,

     *Plaintiffs*,

vs.

DG ESTHETIC AND THERAPY CENTER,
INC, d/b/a DG MEDICAL CENTER, DANIA
LIMA, MIAMI BLU SKY MEDICAL
CENTER, INC., MERCEDES RAMIREZ
SANCHEZ, ALEXEIS GONZALEZ
LACOSTA, OMC REHAB CENTER LLC,
OMAR CASTANEDA, PREFERRED REHAB
OF MIAMI INC., CARLOS FERNANDEZ
MESA, MAILIN RIVERO ORTEGA, M.D.,
and LAUREN SCOTT MCCARVER, M.D.,

     *Defendants*.

**NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANTS**
**OMC REHAB CENTER LLC AND OMAR CASTANEDA**

Timothy A. Kolaya of the law firm Stumphauzer Kolaya Nadler & Sloman, PLLC hereby

notifies the Court, the Clerk, and all interested parties of his appearance in this case as counsel for

Defendants OMC Rehab Center LLC and Omar Castaneda, and designates **tkolaya@sknlaw.com**

as his primary email address for the receipt of service of all documents filed and served in this

case.

Dated: May 5, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA**
**NADLER & SLOMAN, PLLC**
2 S. Biscayne Blvd., Ste. 1600
Miami, Florida 33131
Tel.: (305) 614-1400
Fax: (305) 614-1425

By: /s/ Timothy A. Kolaya
Timothy A. Kolaya (FBN: 56140)
Email: tkolaya@sknlaw.com

*Counsel for Defendants OMC Rehab*
*Center LLC and Omar Castaneda*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on May 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing a copy to be served on all counsel of record via Notice of Electronic Filing.

By:     /s/ Timothy A. Kolaya
TIMOTHY A. KOLAYA

2