**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-CV-22738-BB**

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY, and
GEICO CASUALTY CO.,

           Plaintiffs,

v.

MAILIN RIVERO ORTEGA,

           Defendant.

_____/

**NOTICE OF COUNSEL APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorney, ROY J. KAHN, hereby appears

as counsel of record on behalf of Defendant, MAILIN RIVERO ORTEGA, in the above-styled

cause.  Please direct all notices and pleadings to the undersigned at the below designated email

address and physical address.

           Respectfully submitted,

           ROY J. KAHN, P.A.
           420 S. Dixie Highway, Suite 4B
           Coral Gables, Florida 33146
           (305) 358-7400 / Fax 358-7222
           (Attorney for Defendant, *Mailin Rivero Ortega*)

           ***/s/Roy J. Kahn***
           **ROY J. KAHN**
           Florida Bar No. 224359
           rjk@roykahnlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on **May 7, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

<u>/s/*Roy J. Kahn*</u>
ROY J. KAHN