**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**


GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

     Plaintiffs,

vs.                                     **Case No.: 1:26-cv-22738-JB**

DG ESTHETIC AND THERAPY CENTER, INC,
d/b/a DG MEDICAL CENTER, DANIA LIMA,
MIAMI BLU SKY MEDICAL CENTER, INC.,
MERCEDES RAMIREZ SANCHEZ, ALEXEIS
GONZALEZ LACOSTA, OMC REHAB CENTER
LLC, OMAR CASTANEDA, PREFERRED
REHAB OF MIAMI INC., CARLOS
FERNANDEZ MESA, MAILIN RIVERO
ORTEGA, M.D., and LAUREN SCOTT

## <u>NOTICE OF APPEARANCE</u>

     PLEASE TAKE NOTICE that the undersigned law firm hereby appears as counsel for

Miami Blu Sky Medical Center, Inc., Mercedes Ramirez Sanchez and Alexeis Gonzalez Lacosta

in the above-styled action.


Dated: May 8, 2026


                                         Respectfully submitted,

                                         /s/ Abraham Ovadia_____
                                         Abraham Ovadia, Esq. (FBN 70189)
                                         Chris Kasper, Esq. (FBN 66382)
                                         Ovadia Law Group, P.A.
                                         4800 N Federal Hwy , Suite D204
                                         Boca Raton, FL 33431
                                         (t) 800.674.9396
                                         service@wesetthestandards.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice and copy of this document to the counsel of record in this case.

/s/Abraham Ovadia
ABRAHAM OVADIA, ESQ.

2