**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

GOVERNMENT EMPLOYEES' INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY CO.,

      Plaintiffs,

 vs.                              **Case No.: 1:26-cv-22738-JB**

DG ESTHETIC AND THERAPY CENTER, INC,
d/b/a DG MEDICAL CENTER, DANIA LIMA,
MIAMI BLU SKY MEDICAL CENTER, INC.,
MERCEDES RAMIREZ SANCHEZ, ALEXEIS
GONZALEZ LACOSTA, OMC REHAB CENTER
LLC, OMAR CASTANEDA, PREFERRED
REHAB OF MIAMI INC., CARLOS
FERNANDEZ MESA, MAILIN RIVERO
ORTEGA, M.D., and LAUREN SCOTT

      Defendants

---

## <u>NOTICE OF APPEARANCE</u>

      PLEASE TAKE NOTICE that the undersigned law firm hereby appears as counsel for Defendants, PREFERRED REHAB OF MIAMI INC., CARLOS FERNANDEZ MESA.

                        Respectfully Submitted,

                        */s/Christian Carrazana*
                        Christian Carrazana, Esq.
                        Fla. Bar No.: 188115
                        **CHRISTIAN CARRAZANA, P.A.**
                        *Attorney for Defendants*
                        1612 Redfin Dr.,
                        Poinciana Florida 34759
                        Tel No.: (786) 262-0584
                        Email: christian@carrazana-legal.com

## <u>CERTIFCATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of this document was served through the

CM/EFC system on all counsel of record.


*<u>/s/Christian Carrazana</u>*
Christian Carrazana, Esq.