**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-22738-JB**

GOVERNMENT EMPLOYEES INSURANCE
CO.; GEICO INDEMNITY CO.; GEICO
GENERAL INSURANCE COMPANY; and
GEICO CASUALTY CO.,

     *Plaintiffs*,

vs.

DG ESTHETIC AND THERAPY CENTER,
INC, d/b/a DG MEDICAL CENTER, DANIA
LIMA, MIAMI BLU SKY MEDICAL
CENTER, INC., MERCEDES RAMIREZ
SANCHEZ, ALEXEIS GONZALEZ
LACOSTA, OMC REHAB CENTER LLC,
OMAR CASTANEDA, PREFERRED REHAB
OF MIAMI INC., CARLOS FERNANDEZ
MESA, MAILIN RIVERO ORTEGA, M.D.,
and LAUREN SCOTT MCCARVER, M.D.,

     *Defendants*.

**OMC REHAB CENTER LLC AND OMAR CASTANEDA'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants OMC Rehab Center LLC and Omar Castaneda (collectively, the "OMC

Defendants"), on an unopposed basis, respectfully request an extension of time to respond to the

Complaint (ECF No. 1). In support, the OMC Defendants state:

1.     The Plaintiffs obtained service of process on Omar Castaneda on May 2, 2026. (*See*

ECF No. 15).

2.     Although OMC Rehab Center LLC does not have record of having been served in

this action, Plaintiffs' counsel confirmed that they also obtained service of process on OMC Rehab

Center LLC on May 2, 2026, and are awaiting receipt of a return of service from the process server.

3.    Based on that service date, the OMC Defendants' deadline to respond to the Complaint is May 26, 2026.

4.    The Complaint is 89 pages long, raises 24 causes of action (including claims based on violations of multiple complex statutes), and alleges three unrelated health clinics' participation in a complicated business practice spanning over the period of many years involving the purported submission to Plaintiffs of claims for reimbursement of insurance benefits for thousands of services.

5.    The OMC Defendants' counsel requires additional time to review these lengthy allegations, to investigate the factual background underlying the Plaintiffs' claims, and to develop and assess the defenses that are available to the OMC Defendants.

6.    In addition, the OMC Defendants have been in discussions with the Plaintiffs about the possibility of an early resolution of this action.  Those discussions are ongoing.

7.    To facilitate those settlement discussions and avoid the cost of litigation, the OMC Defendants respectfully request a three week extension of the deadline, through and including June 16, 2026, for their motion to dismiss or answer and affirmative defenses to the Complaint.

8.    Accordingly, the OMC Defendants respectfully request an extension of the deadline, through and including June 16, 2026, for their motion to dismiss or answer and affirmative defenses to the Complaint.

9.    This Motion, which Plaintiffs do not oppose, is not submitted for any improper purpose or to cause any undue delay.

10.    A proposed Order granting this relief is attached as Exhibit 1.

WHEREFORE, the OMC Defendants respectfully request that the Court grant this Motion, extend the deadline for the OMC Defendants' motion to dismiss or answer and affirmative

defenses to the Complaint, through and including June 16, 2026, and grant any further relief the Court deems just and proper.

<b><u>Certificate of Good Faith Conference</u></b>

I HEREBY CERTIFY that, pursuant to Local Rule 7.1(a)(3)(A), counsel for the OMC Defendants conferred in good faith with Plaintiffs' counsel, who advised that Plaintiffs do not oppose the relief requested herein.

Dated: May 21, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA**
**NADLER & SLOMAN, PLLC**
2 S. Biscayne Blvd., Ste. 1600
Miami, Florida 33131
Tel.: (305) 614-1400
Fax: (305) 614-1425

By: */s/ Timothy A. Kolaya*
Timothy A. Kolaya (FBN: 56140)
Email: tkolaya@sknlaw.com

*Counsel for Defendants OMC Rehab*
*Center LLC and Omar Castaneda*

<b><u>CERTIFICATE OF SERVICE</u></b>

I HERBY CERTIFY that on May 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing a copy to be served on all counsel of record via Notice of Electronic Filing.

By:    */s/ Timothy A. Kolaya*
          TIMOTHY A. KOLAYA