# Exhibit "1"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-22738-JB**

GOVERNMENT EMPLOYEES INSURANCE
CO.; GEICO INDEMNITY CO.; GEICO
GENERAL INSURANCE COMPANY; and
GEICO CASUALTY CO.,

    *Plaintiffs*,

vs.

DG ESTHETIC AND THERAPY CENTER,
INC, d/b/a DG MEDICAL CENTER, DANIA
LIMA, MIAMI BLU SKY MEDICAL
CENTER, INC., MERCEDES RAMIREZ
SANCHEZ, ALEXEIS GONZALEZ
LACOSTA, OMC REHAB CENTER LLC,
OMAR CASTANEDA, PREFERRED REHAB
OF MIAMI INC., CARLOS FERNANDEZ
MESA, MAILIN RIVERO ORTEGA, M.D.,
and LAUREN SCOTT MCCARVER, M.D.,

    *Defendants*.

**[PROPOSED] ORDER GRANTING OMC REHAB CENTER**
**LLC AND OMAR CASTANEDA'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

**THIS CAUSE** comes before the Court upon Defendants OMC Rehab Center LLC and

Omar Castaneda's (collectively, "OMC Defendants") Unopposed Motion for Extension of Time

to Respond to the Complaint, [ECF No. _____] ("Motion"), filed on May 21, 2026.

The OMC Defendants have made a sufficient and proper showing in support of the relief

requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The OMC Defendants'

deadline to file their motion to dismiss or answer and affirmative defenses to the Complaint is

- 2 -

extended through and including June 16, 2026.

      **DONE AND ORDERED** in Miami, Florida, this \_\_\_\_\_ day of May, 2026.

 

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record