UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 1:26-CV-22738

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO., GEICO GENERAL INSURANCE
COMPANY AND GEICO CASUALTY
CO.,

          Plaintiffs,

          v.

DG ESTHETIC AND THERAPY CENTER,
INC, d/b/a DG MEDICAL CENTER,
DANIA LIMA, MIAMI BLU SKY
MEDICAL CENTER, INC., MERCEDES
RAMIREZ SANCHEZ, ALEXEIS
GONZALEZ LACOSTA, OMC REHAB
CENTER LLC, OMAR CASTANEDA,
PREDERRED REHAB OF MIAMI INC.,
CARLOS FERNANDEZ MESA, MAILIN
RIVERO ORTEGA, M.D., and LAUREN
SCOTT,

          Defendants.

**JOINT STIPULATION AND SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that Ovadia Law Group, P.A., is hereby substituted as counsel for the Defendant, Mailin Rivero Ortega, M.D., and that Roy Kahn, Esq., hereby withdraws as counsel for Defendant, Mailin Rivero Ortega, M.D.

Additionally, Defendant Mailin Rivero Ortega, M.D., requests that the Court and all parties serve all pleadings and papers to the Primary E-Mail address listed below:

service@wesetthestandards.com

Please take notice that Abe Ovadia, Esq. is now the responsible attorney for handling this matter.

Please direct all correspondence, notices, pleadings, orders and all other papers served and filed herein

to his attention.

/s/ Abe Ovadia
Abe Ovadia, Esquire
Fla. Bar No.: 70189
Ovadia Law Group, P.A.
4800 N Federal Hwy
Suite D204
Boca Raton, FL 33431
Service Email:
service@wesetthestandards.com

Roy Kahn, Esquire
Florida Bar No.:   224359

Service Email:
rjk@roykahnlaw.com