## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DISTRICT

### Case No.: 26-cv-22738-RKA

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY and
GEICO CASUALTY CO.,

                                  Plaintiffs,

-against-


DG ESTHETIC AND THERAPY CENTER,
INC, d/b/a DG MEDICAL CENTER, DANIA
LIMA, MIAMI BLU SKY MEDICAL
CENTER, INC., MERCEDES RAMIREZ
SANCHEZ, ALEXEIS GONZALEZ
LACOSTA, OMC REHAB CENTER LLC,
OMAR CASTANEDA, PREFERRED REHAB
OF MIAMI INC., CARLOS FERNANDEZ
MESA, MAILIN RIVERO ORTEGA, M.D.,
and LAUREN SCOTT MCCARVER, M.D.,

                                  Defendants.
_____/

### NOTICE OF APPEARANCE

Christina M. Snipas of Rivkin Radler, LLP, enters his appearance as counsel for Plaintiffs,

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO

GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., in the above captioned

case.

                              Respectfully submitted,

                              */s/ Christina M. Snipas*_____
                              Max Gershenoff (FBN 1038855)
                              John P. Marino (FBN 814539)
                              Lindsey R. Trowell (FBN 678783)
                              Kristen L. Wenger (FBN 92136)
                              Christina M. Snipas (FBN 1038951)
                              **RIVKIN RADLER LLP**
                              Riverplace Tower

1301 Riverplace Blvd.
Suite 1000
Jacksonville, Florida 32207
Phone: (904) 791-8948
Facsimile: (904) 598-6225
-and-
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
max.gershenoff@rivkin.com
john.marino@rivkin.com
lindsey.trowell@rivkin.com
kristen.wenger@rivkin.com
christina.snipas@rivkin.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

/s/ Christina M. Snipas
Attorney

2